No. 10–695. LAY *v.* UNITED STATES. C. A. 6th Cir. Motion of Dr. Barron H. Harvey et al. for leave to file a brief as *amici*

*curiae* out of time denied.   Certiorari denied.   ▮▮▮▮▮▮